# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TONYIA HARDIN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:10-cv-01118-LJM-TAB |
| ) | |
| CARRIER CORPORATION and ) | |
| USW LOCAL 1999, ) | |
| ) | |
| Defendants. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that judgment is entered for the defendants and against the plaintiff and the plaintiff take nothing by her complaint.

Date: 09/26/2012

**Laura Briggs, Clerk**
**United States District Court**

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

_____
By: Deputy Clerk


Distribution:

All electronically registered counsel

Tonyia Hardin
3639 N. Illinois Street
Indianapolis, IN 46208